No. 355.  BROWNE ET AL. *v.* UNITED STATES.  December 16, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *David H. Cannon* and *Theodore E. Rein* for petitioners.  *Solicitor General McGrath, Assistant Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 433.  WELLS *v.* KENTUCKY.  December 16, 1946.  Petition for writ of certiorari to the Court of Appeals of Kentucky denied.  *E. Selby Wiggins* for petitioner.  *Eldon S. Dummit,* Attorney General of Kentucky, for respondent.

No. 660.  UNION PRODUCING Co. *v.* WHITE ET AL.  December 16, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *William A. Vinson* for petitioner.  *Frederick J. Lotterhos* for respondents.

No. 672.  SOEWAPADJI ET AL. *v.* WIXON, CUSTODIAN.  December 16, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Harold M. Sawyer* for petitioners.  *Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent.

No. 676.  GENERAL INDUSTRIES Co. *v.* 20 WACKER DRIVE BUILDING CORP. ET AL.  December 16, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals